Court of Criminal Appeals
Austin Texas
64,845-02

Honorable Clerk,                    May 28, 2015

I, Daniel Lee Ainsworth filed a Petition for Writ of Mandamus with your court with exhibits. I would like to know the status of my Writ. I do appreciate your time on this matter.

Respectfully
Daniel Ainsworth
Daniel Lee Ainsworth
149534
13100 NE 29th
Amarillo, Texas
79111

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk